IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-625-ECM |
| | ) | |
| ROSHIEN KAZAIR CARLTON | ) | |

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is the Defendant's motion to reset jury trial. (Doc. 11). Jury selection and trial are presently set on February 2, 2026, which is not one of the Court's regular Northern Division trial terms.[1] In the motion, the Defendant represents that he has no opposition to the trial being reset for January 20, 2026, a date which falls within the speedy trial period. Accordingly, for the reasons set forth below, the Court will reset the jury selection and trial for January 20, 2026.

While the trial judge enjoys great discretion when determining whether continue a criminal trial, the Court is limited by the requirements of the Speedy Trial Act. 18 U.S.C. § 3161; *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986). The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

---

[1] February 2, 2026, is one of the Court's Eastern Division trial terms, and the Court has an Eastern Division criminal trial set on that term.

18 U.S.C. § 3161(c)(1).

Here, the Defendant was arraigned on December 9, 2025. (*See* doc. 5).  January 20, 2026, falls within the seventy-day speedy trial period.  As indicated above, the Defendant does not oppose resetting the trial to January 20.  For these reasons, resetting the trial to January 20, 2026, is warranted.

Accordingly, and for good cause, it is

ORDERED that the Defendant's motion (doc. 11) is GRANTED, and the jury selection and trial presently set on February 2, 2026, are RESET for **January 20, 2026 at 10:00 a.m.** in **Montgomery**, Alabama.  All deadlines tied to the trial date are adjusted accordingly.  It is further

ORDERED that a status conference is SET for **December 29, 2025 at 2:00 p.m.** by telephone conference call.  Counsel shall be prepared to discuss logistics for jury selection and trial. The Defendant's presence is not required.  Counsel are DIRECTED to contact Cindy Sanders, the undersigned's courtroom deputy, to obtain the phone number and access code to participate in the conference call.  The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

DONE this 15th day of December, 2025.

          /s/ Emily C. Marks
          EMILY C. MARKS
          CHIEF UNITED STATES DISTRICT JUDGE